| DATE: | 3/27/2017 |
|---|---|
| LOCATION: | TYLER, TX |
| JUDGE: | K. NICOLE MITCHELL |
| DEP.CLERK: | LISA HARDWICK |
| RPTR/ECRO: | LISA HARDWICK |
| USPO: | NATHAN MANLEY |
| INTERPRETER: | ---------------------------------- |
| START TIME: | 3:47 p.m. |
| END TIME: | 3:54 p.m. |

CASE NUMBER 6:17-CR-00010-RC

UNITED STATES OF AMERICA
V.
ERIC RAY PORTLEY

| MARY ANN COZBY | KELLY PACE |
|---|---|

| ☐ | Indictment Unsealed | ☐ | Interpreter |
|---|---|---|---|

## INITIAL APPEARANCE

| ☒ | Initial Appearance called | ☒ | Initial Appearance held |
|---|---|---|---|
| ☒ | Dft Appears with counsel | ☐ | Dft Appears without counsel |
| ☒ | Date of Arrest: 3/27/2017 | ☒ | Dft's first appearance with counsel |
| ☒ | Dft advised of charges | ☒ | Dft advised of right to counsel |
| ☐ | Dft advised of maximum penalties | ☒ | Dft advised of right to remain silent |
| ☒ | Dft request appointed counsel, is sworn & examined re: financial status | ☒ | The Court appoints CJA Attorney Kelly pace |
| ☒ | Gvt Oral Motion for Detention | ☐ | Gvt Oral Motion for Continuance of Detention Hearing |
| ☐ | Order of Conditions of Release | ☐ | Bond set: |
| ☒ | Waiver of Detention | | |
| ☐ | Order of Temporary Detention | ☐ | Detention Hearing set for: |
| ☒ | Order of Detention | ☐ | Arraignment Hearing set for: |
| ☒ | Dft remanded to the custody of the US Marshal | ☐ | Dft released on conditions of bond |

## ARRAIGNMENT

| ☒ | Arraignment waived in open court | ☒ | Arraignment held on indictment: All counts |
|---|---|---|---|
| ☒ | Dft placed under oath | ☒ | Dft physically/mentally ready |
| ☒ | Dft received copy of charges | ☒ | Dft discussed charges with counsel |
| ☐ | Charges read | ☒ | Dft waived reading of charges |
| ☒ | No pressure to plead | | |
| ☒ | Dft enters a not guilty plea to all counts | | |
| ☒ | Discovery orders entered | ☒ | Pretrial Conference (via video) set 6/1/17 at 3:00 p.m. and Jury trial set: 6/5/2017 at 9:00 a.m. |
| ☒ | Dft remanded to the custody of the US Marshal | ☐ | Dft released on conditions of bond |